UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE W. HOOKER,<br><br>    Plaintiff,<br><br>    v.<br><br>I. GOMEZ, et al.,<br><br>    Defendants. | Case No. 18-cv-00908-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On February 13, 2018, plaintiff, an inmate at the California Men's Colony proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 complaining of events that took place at the Correctional Training Facility ("CTF"), where he was previously incarcerated. On May 24, 2018, the Court reviewed the complaint and dismissed it with leave to amend for failure to state a claim. Plaintiff filed an amended complaint. On October 4, 2018, the Court dismissed the amended complaint with further leave to amend for failure to state a claim. The Court explained the deficiencies that needed to be cured and directed plaintiff to file a second amended complaint within thirty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

More than thirty days have passed, and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge