UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE W. HOOKER,<br><br>  Plaintiff,<br><br>  v.<br><br>I. GOMEZ, et al.,<br><br>  Defendants. | Case No. 18-cv-00908-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge